

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00526-CR

Delridge Jermaine **CLARK**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR1658
Honorable Maria Teresa Herr, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE CHAPA, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the trial court's judgments are AFFIRMED.

SIGNED November 2, 2016.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice